# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* | : : | Case No. 19-11466 (MFW) |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, | : : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No. 21-50924 (MFW) |
| TOZOUR ENERGY SYSTEMS, INC., d/b/a TOZOUR-TRANE | : : | |
| Defendant. | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code dated September 21, 2021 and Order Appointing Mediator dated November 22, 2021, the undersigned mediator reports that the mediation was completed on January 21, 2022 and resolved in the following manner *(complete applicable provisions)*:

(a) The following individuals were present:

(1) Parties (name and capacity)

Plaintiff – Center City Healthcare LLC, by EisnerAmper LLP (Non-Transition Services Provider), by Adeola Akinrinade, Director, and Susannah Prill, Senior Manager

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102

    Defendant – Tozour Energy Systems, Inc., David Wagner, Chief Financial Officer

(2) Counsel (name and party representing)

    Michelle Novick, Esq. and A. Mayer Kohn, Esq., Saul Ewing Arnstein and Lehr LLP, for Plaintiff Center City Healthcare LLC

    Jeffrey Waxman, Esq., Morris James LLP, for Defendant Tozour Energy Systems, Inc.

(b) The following parties failed to appear and/or participate as ordered: N/A

(c) The outcome of the mediation conference was:

    __X__  This matter has been completely resolved and counsel are instructed to file a motion and proposed order seeking Court approval of the settlement in accordance with Local Rule of Bankruptcy Procedure 9019-5(f)(i).

    _____  The matter has been partially resolved.

    _____  The following issues remain for this court to resolve:

    _____  The matter has not been resolved and should proceed to trial.

    _____  Other:

Dated: **January 28, 2022**              /s/ **Mark S. Kenney**
                                                      Mark S. Kenney
                                                      1447 Greenawalt Road
                                                      Huntingdon Valley, PA 19006
                                                      (215) 680-161
                                                      kenney@mkenneylaw.com

                                                      *Mediator*

cc via e-mail:  Michelle Novick, Esq.
                    A. Mayer Kohn, Esq.
                    Jeffrey Waxman, Esq.